COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Nazmudin Keshwani, M.D., Elite Doc Family Medicine,
                         P.L.L.C., and Elite Doc Health & Beauty P.L.L.C.

Appellate case number:   01-16-00286-CV

Trial court case number: 2016-21963

Trial court:             334th District Court of Harris County

Relators, Nazmudin Keshwani, M.D., Elite Doc Family Medicine, P.L.L.C., and Elite Doc Health & Beauty P.L.L.C., have filed a petition for writ of mandamus challenging the trial court's April 7, 2016 Temporary Restraining Order and Order Setting Hearing for Temporary Injunction. Relators have also filed a motion for emergency stay, seeking a stay of the April 7, 2016 order.

We order real parties in interest, Med-Cure Anti-Aging & Skin Care, P.A. and Med-Cure Primary Care Physicians, P.A., to file a response to the relator's motion for emergency stay **before 5 p.m. Monday, April 11, 2016**.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                         ☑ Acting individually     ☐ Acting for the Court

Date: April 8, 2016